Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
602.277.8996
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JESSICA LIVINGSTON,<br><br>Debtor. | Chapter 13<br><br>Case No. 2:23-bk-03055-EPB<br><br>**TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER** |

Russell Brown, Chapter 13 Trustee, pursuant to L.R.B.P. 2084-10(b), provides notice of intent to lodge a dismissal order for failure of the Debtors to comply with the Recommendation or file an objection to the Recommendation and obtain a hearing date. The Trustee could lodge a dismissal order 13 calendar days after serving this Notice. A copy of the proposed Order Dismissing Case is attached.

> Russell Brown, Trustee
> Rachel Flinn, Esq., Attorney for Trustee

A copy of this Notice of Intent to Lodge Dismissal Order was served by mail or email to the Debtor and Debtors' attorney on the date signed to:

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL   60076-2780
documents@phxfreshstart.com
Attorney for Debtor


JESSICA LIVINGSTON
7100 W GRANDVIEW RD, APT 2161
PEORIA, AZ 85382
Debtor



_____
jmorales@ch13bk.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JESSICA LIVINGSTON,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2:23-bk-03055-EPB<br><br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor failed to comply with the Trustee's Recommendation as required by Local Rule 2084-10, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Trustee provides the following reason for lodging a dismissal order: The Debtor has failed to resolve item #2 of the Trustee's Recommendation. The Trustee notes that Plan payments are delinquent in the amount of $1,215.00, with an additional payment of $410.00, coming due on November 9, 2023.

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the Debtors must set the matter for hearing. L.R.B.P. 2084-17;

(C) The Trustee is to pay from funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed attorney fees as provided in paragraph (D). If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata;

(D) The Trustee will retain the remaining funds on hand pending Court approval of the payment of administrative expenses of the attorney for the Debtors or any other party in interest. If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtors may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtors or other party in interest has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application. If the attorney for the Debtors or other party in interest fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds according to this Order; and

(E) Then, after payment of conduit mortgage payments, adequate protection payments, and allowed attorney fees, the Trustee will return any remaining funds to the Debtor.

**ORDER SIGNED AND DATED ON PAGE ONE**

A copy of the proposed Order was mailed or emailed to:

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL 60076-2780
documents@phxfreshstart.com
Attorney for Debtor

JESSICA LIVINGSTON
7100 W GRANDVIEW RD, APT 2161
PEORIA, AZ 85382
Debtor

---

jmorales@ch13bk.com